October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MARK A. D'ANDREA, M.D., GULF COAST CANCER & DIAGNOSTIC CENTER OF SOUTHEAST, INC., GULF COAST ONCOLOGY ASSOCIATES, P.A., UNIVERSITY CENTER HUNTSVILLE-BRENHAM, INC AND SOUTHEAST GULF COAST BUSINESS DEVELOPMENT, L.P., Appellants

NO. 14-12-00494-CV            V.

EPSTEIN, BECKER, GREEN, WICKLIFF & HALL, P.C., EPSTEIN BECKER & GREEN, P.C., AND STEPHEN R. COCHELL, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Epstein, Becker, Green, Wickliff & Hall, P.C., Epstein Becker & Green, P.C., and Stephen R. Cochell, signed May 10, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Epstein, Becker, Green, Wickliff & Hall, P.C., Epstein Becker & Green, P.C., and Stephen R. Cochell.

We further order this decision certified below for observance.